**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. Sec. 1983**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

2014 FEB -3 AM 10: 09

BY:

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 0 8 2014

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

Dennis Stivers

ADC # O8254

_____

_____

(Enter above the full name of the
plaintiff, or plaintiffs, in this
action.)

V.                                          CASE NO 5:14-CV-034 DPM-JTR

DR. Sonja Peppers, Ramona Huff,
Wendy Kelly, Roger Cameron,
Ron Chism

(Enter above the full name of
defendant or defendants, in
this action.)

This case assigned to District Judge Marshall
and to _____

I.   Previous Lawsuits

    A.   Have you begun other lawsuits in state or federal court
dealing with the same facts involved in this action?

        Yes  ✓     No _____

    B.   If your answer to A is yes, describe each lawsuit in
the space below.  (If there is more than one lawsuit,
describe the additional lawsuits on another piece of
paper, using the same outline.)

        1.   Parties to this lawsuit

           Plaintiffs: _____

           _____

           Defendants: _____

           _____

        2.   Court (1f federal court,  name the district; if stat
court, name the county: _____

           _____

-1-

3.   Docket Number: _____

4.   Name of Judge to whom case was assigned _____

5.   Disposition (for   example: Was the case dismissed
     was it appealed?  Is it still pending?): _____

6.   Approximate date of filing lawsuit: _____

7.   Approximate date of disposition: _____

II.   Place of present Confinement: Tucker Unit, Tucker AR.
P.O. Box 240, 72168

III.  There is a prisoner grievance procedure in the Arkansas
      Department of Correction. **Failure to complete the grievance
      procedure may affect your case in federal court.**

   A.   Did you present the facts relating to your   complain
        in the state prisoner grievance procedure?

        Yes   ✓      No _____   Note: 2 pcs.
                                       ③⑥

   B.   If your answer is YES, Attach copies evidencing
        completion of **the final step of the grievance appeal**
        procedure. FAILURE TO ATTACH THE REQUIRED COPIES MAY
        RESULT **IN THE DISMISSAL OF YOUR COMPLAINT.**

   C.   If your answer is NO, explain why not: _____

        _____

        _____

IV.   Parties
      (In item A below, place your name in the first blank and
      place your present address in the second blank.   Do th
      same for additional plaintiffs, if any.)

   A.   Name of plaintiff: Dennis Stivers # 091244

        Address: P.O. Box 240
                 Tucker, AR 72168

        Name of plaintiff:_____

        Address: _____

        Name of plaintiff:_____

        Address: _____

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Defendant: DR. Sonja Peppers

Position: DR. Doctor

Place of employment: Tucker Unit medical

Address: P.O. Box 240, Tucker, AR 72168


Defendant: MS. Huff

Position: Nurse's Charge, Grievances

Place of employment: Tucker Unit medical

Address: P.O. Box 240, Tucker, AR 72168


Defendant: Wendy Kelly

Position: Dept. Grievances Medical Director

Place of employment: Central office

Address: 7500 Correction Circle Pine Bluff


Defendant: Roger Cameron

Position: Drug & Alcohol Programs Director

Place of employment: 7500 Rii Central Office

Address: 7500 Correction Cicrcle Pine Bluff


Defendant: Ron Chism

Position: Program Supervisor

Place of employment: Tucker Unit

Address: P.O. Box 240, Tucker, AR 72168

# Complaint

I have in the past year been seen by DR. Crowell, 13100 Cheval Parkway. Little Rock, AR 72211, Who is a qualified Orthopedic Surgeon Specialist. Several times after X-Ray, M.R.I's and injection procedures in his examination decision he has stated the need of a Lumbar Fusion operation. He has explained to me the seriousness, complexity and long term impact of this operation. His last counsel on 12/28/13. All of this information has been provided to medical staff at Tucker Unit, P.O. Box 240, Tucker, AR 72168.

DR. Sonja Peppers my acting care provider, has continualy ignored, altered, and inlist or opinion in regard to my medical condition. She has changed or implamented her own Medical Restrictions Limitations instead of following DR. Crowells.

In Unison M.S. Huff Health Services Administrater has acknowlaged DR. Peppers decisions in my medical matters. Those decisions have caused decreasing my ability to participate in the T.C. program, causing increased pain and suffering both physical and mental. As my medical condition continues to deteriorate, Both the program Director Roger Cameron program Supervisor Ron Chism have done nothing to help me to resolve this matter before it gets any worse.

I have utilized the Grievance process as well, which Wendy Kelly is director. Any attempts for relief in this process have proven fruitless. Upon review of the number of grievances I have filed and the response it shows Furtile this process is.

My concern however is for my well being my health.

I feel that the Tucker medical staff, The TC staff, The Grievance staff, have infact demonstrated control of my involvement and compromised my mental and medical needs.

And caused me undue physical and mental pain threat of worsening my present mental and medical conditions if not immediately addressed.

wherefore: I ask the Court to Allow me to move forward in this action.

Respectfully

Dennis Stivers #91244

Tucker Unit

V.    Statement of Claim

State   here  as   briefly  as   possible  the   <u>facts</u> of your
case. Describe how each defendant is involved.——   Include
also the names of other persons involved, dates,  and places.
Do   not give any legal arguments or cite any   cases   or
statutes.   If you intend to allege a number  of   related
claims,   number and set forth each claim in  a separate
paragraph.   (Use as much space as you need.   Attach extra
sheets if necessary.)   *See Attached  Complaint.*

*2 pages.*

VI. · Relief

State briefly exactly what **YOU want the court to do for** YOU.
Make **no legal arguments. Cite no cases or statutes**.
*Receive monetary Relief, pain and suffering and Apunitive*
*award, Provide and independent orthopedic Surgeon Specialist.*

I declare under penalty of perjury (18 U. S. C. § 1621 that
the foregoing is true and correct.

Executed on this <u>28TH</u> day of <u>Januray</u>,20<u>14</u>.

_____

<u>Dennis Stevens</u> *#91244*
Signature(s) of plaintiff(s)

—4—

IGTT430
3GD

Attachment VI

INMATE NAME: Stivers, Dennis J.          ADC #: 091244          GRIEVANCE#:DR-13-00329

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On May 22, 2013, you grieved that you need to see a doctor to get a waiver from participating in the TC Program. You state participants in TC, have to be able to complete sanctions which require an Inmate to sit in a chair from 6:00 a.m. to 10:30 p.m. Sunday - Thursday, and 6:00 a.m. to midnight on Friday & Saturdays. You have a ruptured disc, two bulging discs, torn muscles and arthritis which prevent you from being able to participate in TC. Mr. Cameron and Mr. Chism advised you would need a waiver from medical to be released from the program; however, you withdraw before you were able to see a doctor and have been transferred to Delta.

The medical department responded, "You submitted a Nursing sick call as instructed and were seen by infirmary staff who referred you to the Provider. You had a Provider visit on 6.6.13 in which you were referred to an outside Orthopedic clinic. On 6.19.13 you were seen at the Orthopedic clinic visit. You are scheduled to follow up with the unit Provider again to determine further course of treatment. When you return to see the provider you must communicate this need for a medical waiver and ask that they provide it for you. Your request is documented through Nursing staff in your medical jacket but you must voice your needs to the Provider."

Your appeal states that on June 19, Dr. Crowell prescribed a follow up and a medical waiver for the TC Program.

You were referred to TC during previous incarcerations, and you have been incarcerated many times (1989, 1990, 1992, 1996, 1997, 1998, 2001, 2003, 2009, 2010, and 2012), and been convicted of a minimum of four DWIs according to your record. The Board of Parole clearly believes you need to complete this program before being released into the community, and the licensed staff believe you need treatment.

You have a script from Dr. Peppers written February 14, 2013 for one year that states you should not be required to sit or stand for more than fifteen minutes. June 19, you were seen by Dr. Crowell, orthopedic, who noted that you have multilevel DDD with annular tears and soft disc herniations, your condition is permanent and the only possible treatment would be lumbar fusion at C3-5, but that should be held off for now. He noted that you needed a "waiver" with no explanation of what was to be waived. Dr. Crowell did not speak with program staff, and if he was referring to TC, he would have been basing the "waiver" on what you told him.

My staff spoke with Roger Cameron, Program Specialist, regarding your issue pertaining to the TC Program. Mr. Cameron advised that inmates enrolled into the TC Program attend four (4) 50 minute classes either during the AM or PM and receive a 10 minute break in between classes (the first 30 days of the program, the inmate does attend classes in the AM and PM); however, they receive breaks in between classes and receive a lunch break). Mr. Cameron also stated that he was aware of your situation and that the program had been working with you by giving you additional breaks when needed; however, you opted to sign out of the program.

Your medical issues have been addressed, the providers continue to address your issues and you have been provided with the medical restrictions that your providers deemed medically necessary. You had a restriction for no sitting or standing for more than fifteen minutes when you left the program, and that restriction is still valid. Your grievance regarding sanctions "assumes" that you will be subject to sanctions which are issued for failure to follow program rules. Anticipated events cannot be grieved.

Your appeal is without merit.

_Wendy Kelley_
Director

_8/29/13_
Date

IGTT430                                    Page 1 of 1

INMATE NAME: <u>Stivers, Dennis J.</u>        ADC #: <u>091244G</u>        GRIEVANCE #: <u>DR-13-00499</u>

### WARDEN/CENTER SUPERVISOR'S DECISION

Your grievance dated 8-1-13 concerning release from the Therapeutic Community Program due to your health condition has been reviewed. Information attained from Mr. Roger Cameron that was relayed to him from the medical-regional director indicates that you do have health issues, Dr. Crowell did place you on a three month patient medical waiver, but did not specify exactly what was to be waived and it is highly unlikely that Dr. Crowell was referring to the Therapeutic Community Program when he made note, rather, he was most likely referring to lifting and work related activities. Also, as long as the timeframe for classroom activities is not excessive, there should be no reason why you should not be able to participate.

This program was stipulated by the parole board; parole is not grievable. Therefore, your grievance is without merit.



Signature of Warden/Supervisor or Designee        **WARDEN**        8/15/2013
                                                   Title                Date

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? Dr Crowell did write this Medical Waiver because of my Medical Condition. He ordered it due to the Referrel I presented to him from Roger Cameron dated 2.28.13. The 3 months is when Dr Crowell wanted to consult with me to talk about possible Lumbar Fusion. In Consult he requested that my Limitations And restrictions be permanant. How would Dr. Crowell know about needing the Medical Waiver if I had not presented him with Referrel from Roger Cameron? My Grievence is of Medical issues, not parole. Dr Crowell ordered permanant Medical Waiver!

Dennis Stivers                091244                8-16-13
Inmate Signature              ADC#                   Date

mail

3-25-13

I have Medical Problems And I cannot participate in the T.C. Program because my Medical Conditions interfere with duties that the T.C. Program ask of me.

There's a 15 minute No standing or sitting clause on my Medical Scripts. The Medical Staff Refuses to Release me due to this Medical Clauss.

I've made this Medical Condition known to T.C. Staff every since my arrival to T.C. Mr. Chism has tried to work with me.

Medical sent me to have injection in my back and has increased the pain and worsend my medical problem

Denny Shreews

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

AUG 12 2013

HEALTH & CORRECTIONAL PROGRAMS

8.8.13

Mrs. Wendy Kelley

I have another complaint against Medical Director William Kirk. I'm AM sure that by numerous greivences being sent to you, do to my medical Condition, you are parcially familiar with my Medical Complaint. And I believe that if you check your computer for a consult that I had with Nurse Practioner Mrs. Hubbard on Monday 8.5.13 of this week, you'll see why I'm writing you this letter.

Monday 8.5.13 I had a consult with Mrs. Hubbard. I had advised her of the consult and medical waiver with Dr. Bernard Crowell on 6.19.13. She stated that my Medical Limitations should be veiwed as No Duty, which this is basically what Medical Waiver means.

She also stated that she would leave this information with D.O.N, Nurse Jarrett and Medical Director William Kirk. Mr. William Kirk responed and states he will not make any changes

Mrs. Kelley, Mr. Kirk is not a certified Medical Doctor! What right does he have overriding Doctors and Nurse Practiooners Orders? This is wrong! I'm sorry but Mr. Kirk is a poor excuse for a Medical Director. He is putting Corizon Medicals livelyhood in jepordy.

All I've asked and have proven my Medical Condition as Bad. Mr. Kirk refuses to acknowlege this and puts my medical condition is Jepordy.

I ask that you veiw all possable consults by Dr. Crowell and Mrs. Hubbard and you make your decision.

Enclosed is a copy of greivence sent to Mr. Birk and Nurse Jarret of Consult with Mrs. Hubbard. He refuses to Acknowledge Mrs. Hubbards consult. Also Dr. Crowells Consult on 6.19.13.

Respectfully
Dennis Stivers #91244
Delta Unit

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

AUG 1 2 2013

HEALTH & CORRECTIONAL PROGRAMS

Websters

Job - A Action that needs to be done

    A Specific Duty

    A Difficult or Strenous Job

Work requires strenous physical Activity


Sanction The penalty for noncompliance specified in a law or decree

Penalty - The disadvantage or painful consequences resulting from An action or condition.


Strenous - Requiring or marked by great energy, effort or exertion

Limitations - A limited period during which by statue an action may be brought

Restrictions - To hold limits


    Therapeutic Comm, Program Participation
        P.4   T.C. Protocol Manual

    Pleased be informed that T.C. is A Primary job Assignment. Inmates Assigned to T.C., in many cases, must satisfactory complete the program prior to their release from Prison And in most cases, those inmates have been transferred to the Tucker Unit for the Sole Purpose to Complete the program

ARKANSAS DEPARTMENT OF CORRECTION
## Medical Restrictions/Limitations/Special Authorization(s)          MSF-207

| PART 1 - RESTRICTIONS: | RESTRICT INMATE FROM: |
|---|---|
| | ☐ Restrict assignment requiring strenuous physical activity for periods in excess of  hours. |
| | ☑ Restrict assignment requiring prolonged crawling, stooping, running, jumping, walking or standing. |
| | ☐ Restrict assignment requiring handling, lifting of heavy materials in excess of  pounds or requiring overhead work for a period in excess of hours. |
| **PART 2 - LIMITATIONS:** | **INMATE REQUIRES:** |
| * | ☐ Bed Rest     days. Reason: |
| | ☐ No Duty     days. Reason: |
| | ☐ No Yard Call     days. Reason: |
| | ☐ No Sports     days. Reason: |
| | ☐ One Arm/Hand Duty     days. |
| **PART 3 - SPECIAL AUTHORIZATIONS:** | **INMATE IS AUTHORIZED TO:** |
| | ☐ Report to the Infirmary for Special Treatments( ) |
| | ☐ Soak: |
| | ☐ Exercise: |
| | ☐ Other: |
| | ☐ Bathe in the Infirmary |
| | ☐ Sitz Bath |
| | ☐ Cast |
| | ☐ Other: |
| | ☐ Have in Possession: |
| | ☐ Cane |
| | ☐ Crutches |
| | ☐ Brace: (describe briefly) |
| | ☐ Prescribed Footwear: |
| | ☐ Orthopedic Appliance: (describe briefly) |
| | ☑ Other: lower bunk no stairs |
| * | ☐ Go to Dining/Pill Window/Shower Only |

This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Starts:  03/08/2013    07:01:00 AM
This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Ends:  03/08/2014    07:01:00 AM

*Carswell / Walentine L*

**Name:** Stivers, Dennis J.
**DOB:** 01/18/1964
**ADC#:** 091244

Denise Krablin

Distribution: Original - Medical Jacket

ARKANSAS DEPARTMENT OF CORRECTION
## Medical Restrictions/Limitations/Special Authorization(s)    MSF-207

| PART 1 - RESTRICTIONS: | **RESTRICT INMATE FROM:** |
|---|---|
| | ☐ Restrict assignment requiring strenuous physical activity for periods in excess of  hours. |
| | ☐ Restrict assignment requiring prolonged crawling, stooping, running, jumping, walking or standing. |
| | ☐ Restrict assignment requiring handling, lifting of heavy materials in excess of  pounds or requiring overhead work for a period in excess of hours. |
| **PART 2 - LIMITATIONS:** | **INMATE REQUIRES:** |
| * | ☐ Bed Rest    days. Reason: |
| | ☐ No Duty    days. Reason: |
| | ☐ No Yard Call    days. Reason: |
| | ☐ No Sports    days. Reason: |
| | ☐ One Arm/Hand Duty    days. |
| **PART 3 -**<br>**SPECIAL**<br>**AUTHORIZATIONS:** | **INMATE IS AUTHORIZED TO:** |
| | ☐ Report to the Infirmary for Special Treatments(  ) |
| | ☐ Soak: |
| | ☐ Exercise: |
| | ☐ Other: |
| | ☐ Bathe in the Infirmary |
| | ☐ Sitz Bath |
| | ☐ Cast |
| | ☐ Other: |
| | ☑ Have in Possession: |
| | ☐ Cane |
| | ☐ Crutches |
| | ☐ Brace: (describe briefly) |
| | ☐ Prescribed Footwear: |
| | ☐ Orthopedic Appliance: (describe briefly) |
| | ☑ Other: <u>Double mattress</u> |
| * | ☐ Go to Dining/Pill Window/Shower Only |

This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Starts:  <u>04/15/2013</u>   <u>03:25:00 PM</u>
This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Ends:  <u>04/14/2014</u>   <u>03:25:00 PM</u>

*[signature: Charles C Schock]*

**Name:** <u>Stivers, Dennis J.</u>
**DOB:** <u>01/18/1964</u>
**ADC#:** <u>091244</u>

Charles Conrad Schock

Distribution: Original - Medical Jacket

ARKANSAS DEPARTMENT OF CORRECTION
## Medical Restrictions/Limitations/Special Authorization(s)

**MSF-207**

| | |
|---|---|
| **1 - RESTRICTIONS:** | **RESTRICT INMATE FROM:**<br>☑ Restrict assignment requiring strenuous physical activity for periods in excess of 0 hours.<br>☑ Restrict assignment requiring prolonged crawling, stooping, running, jumping, walking or standing.<br>☑ Restrict assignment requiring handling, lifting of heavy merials in excess of 0 pounds or requiring overhead work for a period in excess 0 hours. |
| **PART 2 - LIMITATIONS:** | **INMATE REQUIRES:**<br>* ☐ Bed Rest      days. Reason:<br>☐ No Duty      days. Reason:<br>☐ No Yard Call      days. Reason:<br>☐ No Sports      days. Reason:<br>☐ One Arm/Hand Duty      days. |
| **PART 3 - SPECIAL AUTHORIZATIONS:** | **INMATE IS AUTHORIZED TO:**<br>☐ Report to the Infirmary for Special Treatments(  )<br>☐ Soak:<br>☐ Exercise:<br>☐ Other:<br>☐ Bathe in the Infirmary<br>☐ Sitz Bath<br>☐ Cast<br>☐ Other:<br>☐ Have in Possession:<br>☐ Cane<br>☐ Crutches<br>☐ Brace: (describe briefly)<br>☑ Prescribed Footwear:  <u>MEDICAL SHOES - SIZE 10 HIGP</u><br>☐ Orthopedic Appliance: (describe briefly)<br>☑ Other: <u>NO SITTING OR STANDING MORE THAN 15MIN</u><br>* ☐ Go to Dining/Pill Window/Shower Only |

This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Starts:  <u>02/14/2013</u>   <u>02:07:M</u>
This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Ends:  <u>02/14/2014</u>   <u>02:07:0</u>

**Name:** Stivers, is J.
**DOB:** <u>01/18/1</u>
**ADC#:** <u>091244</u>

Sonya Anissa Peppers-Davis

Distribution: Original - Medical Jacket

IGTT430
3GD

Attachment VI

INMATE NAME: Stivers, Dennis J.          ADC #: 091244          GRIEVANCE#:DR-13-00404

On June 17, 2013, you submitted an informal stating that Dr. Crowell is wanting to perform surgery on your back to relieve the pressure on your hips, spine and legs, the prescribed medication is not helping your back pain, you can only walk so far before having to sit down and that you are supposed to be seeing Dr. Iko so that she can determine your medical condition and possibly issue you a waiver from the TC Program.

The medical department responded, "You have been instructed on how to proceed with the TC program by Mrs. Jarrett. You have a scheduled consult visit with Dr Crowell that will occur soon."

Your appeal states that you were seen by Dr. Crowell on June 19 at which time he ordered for you to be taken out of the TC Program due to your medical problems and the severity of your condition.

The recommendations from Dr. Crowell and your issues with the TC Program were addressed in my response to grievance #DR-13-00329, refer to that response.

I encourage you to utilize the sick call process if your current medical treatment is not working. This appeal is without merit.

_Wendy Kelley_
Director

_8/29/13_
Date

IGTT430
3GD

INMATE NAME: Stivers, Dennis J.          ADC #: 091244          GRIEVANCE#:DR-13-00367

On May 25, 2013, you grieved that the medical department at Tucker could have caused you to have a heart attack. You state that your blood pressure had been controlled with Lisinopril 40 mg prior to December 2012 at which time you were placed in the TC Program. You state that the TC Program caused your blood pressure to rise and all the medical department wanted to do was increase your medication instead of taking you out of the program.

The medical department responded, "The response written by Infirmary Charge Nurse M. Jarrett addressed exactly what you listed in your grievance."

Your appeal states that the medical department should have taken you out of the TC Program. You state that the TC Program was the cause of your elevated blood pressure; therefore, you should have been taken out of the program instead of being placed on additional medication.

According to the grievance policy, an inmate has 15 days after the occurrence of an incident to file a grievance. You submitted your Step One Informal Resolution past the allotted time to grieve an issue; therefore, it will not be addressed. I encourage you to adhere to the grievance policy.

I addressed your issue regarding the TC Program in my response to grievance #DR-13-00329, refer to that response. This appeal is without merit.


_Wendy Kelley_                          _8/29/13_
Director                                Date

IGTT430                    Page 1 of 1

IGTT430
3GD

INMATE NAME: Stivers, Dennis J.        ADC #: 091244        GRIEVANCE#:DR-13-00419

---

On June 28, 2013, you grieved that you need documentation from medical sent to Roger Cameron, Post Prison Transfer Board and Deputy Warden Gibson verifying Dr. Crowell's orders that you need a waiver from the TC Program. You state that you would like to read this documentation since you are not allowed copies of your medical record.

The medical department responded, "This grievance discusses the same issue alleged in DR-13-00407. It was responded to in that grievance".

Your appeal states that on June 19, Dr. Crowell ordered that you be waived from the TC Program. You state that Mr. Kirk refuses to acknowledge Dr. Crowell's orders and refuses to give you copies to prove your medical condition.

I addressed your issue regarding the TC Program in my response to grievance #DR-13-00329, refer to that response.

An inmate will not be provided with a copy of any part of his or her Medical Record, except for those forms where a copy is designated for the inmate, such as duty restrictions or diet restrictions. You may, however, request to review your medical record and write down any information that you deem necessary.

This appeal is without merit.

---

_Wendy Kelley_
Director

_8/29/13_
Date

---

IGTT430
3GD

INMATE NAME: Stivers, Dennis J.        ADC #: 091244        GRIEVANCE#:DR-13-00407

On June 24, 2013, you grieved that you were seen by Dr. Crowell on June 19 and he ordered that you have a medical waiver to release you from the TC Program; therefore, you need the unit provider to notify the IPO of the waiver. You state that you have requested to talk to Mr. Kirk regarding this issue, but have yet to do so.

The medical department responded, "Medical will not provide you with a "medical waiver" from this program. The TC Program Administrator states that this is a mandatory program you must attend. He says you must submit another letter requesting entry to this program then wait the six month re-entry period."

Your appeal states that on February 28, 2013, Roger Cameron sent you a notice stating that he would release you from the program if you had a medical waiver.

This issue was addressed in my response to your grievance #DR-13-00329, refer to that response. This appeal is without merit.

_Wendy Kelley_                    8/29/13
Director                              Date

IGTT420                                                                    Attachment IV
3GH

INMATE NAME:  <u>Stivers, Dennis J.</u>          ADC #:  <u>091244G</u>          GRIEVANCE #:  <u>TU-14-00072</u>

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

<u>TU-14-0007</u>
On your grievance you stated "On 1/16/14 during medical consult, Medical Director Mike Falloan delibertly stopped my medical consult with Dr. Peppers, Dr. Peppers stated to Ms. Ramona Huff & Medial Director Mike Falloan, not to leave her there with me. Due to M.D. Mike Falloan & D.O.N. Ms. Ramona Huff was on their way out the door and going home, Mr. Falloan looked at me ans stated "The Doctor is done with you, time to leave," which the Consult with Dr. Peppers was not over. My Medicine was not renewed. futher treatment was not completely discussed. Mr. Mike Falloan interrupted my Treatment consult just because he and Mrs Huff were going home. Stopping my consult to accommodate his going home."

As stated on the informal stage of this grievance I, Ramona Huff, was in Dr. Peppers office with you and her and had even explained to you again what she had told you about the recommendations being just that. She had told you what she was going to do and what she was not doing and that she was through with the visit before I left the room. Mr. Faloon had called me out of the office with you all to help him with something. When we had completed the task we were getting ready to leave and Dr. peppers called us back because you still had not left and she did not know how to explain what she was doing any better. That is why Mr. Tim Faloon asked her if she had covered everything with you and if she was through with the visit to which she answered that she had and she was through with you.

Therefore I am finding this grievance without merit.

*Ramona Huff*

---
Signature of Health Services                    <u>Ramona A Huff</u>              <u>01/28/2014</u>
Administrator/Mental Health Supervisor or              Title                         Date
Designee

---

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

---
Inmate Signature                          ADC#                          Date

IGTT420

3GH

Attachment IV

INMATE NAME: Stivers, Dennis J.          ADC #: 091244G          GRIEVANCE #: TU-14-00073

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

TU-14-00073

On your grievance you stated "During a consult on 1/16/14 with Dr. Peppers she stated that only possible treatment left for my Medical conditions a Lumbar fusion. But then said this would be put off until I became bed -ridden. So basically Medical & Dr. Peppers has stopped all treatment along with pain medicine's has also deliberty raised my weight limit from 0 pound to 10 pounds. My medical condition has become more severe in the past yr. and Dr. Peppers is increasing medical limitations due to her being "peeved at me" because of the numerous grievances I've written her, This changing my medical restrictions is retaliation because of the greivences written against her. She has also refuse to renew my medicine that we had discussed in consult. To sum it all up, Dr. Peppers, Mike Falloan, Medical Director, refuse me medication for pain, Dilibertly raised my weight limit due to retaleiation and refuses me any futher treatment, Because they were tired and it was time to go home, along with Ms. Huff"

As stated on the informal stage of this grievance I, Ramona Huff, was in the Doctors office with Dr.Peppers and yourself when she explained the recommendations and what she would and would not write for you. You are being followed in chronic care and will continue to be. As stated the recommendation from Dr. Crowell are just that and she will have to determine what is best for you.

Therefore I am finding whis grievance without merit.

| | | |
|---|---|---|
| Signature of Health Services Administrator/Mental Health Supervisor or Designee | Ramona A Huff | 01/28/2014 |
| | Title | Date |

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

IGTT420

_____        _____        _____
      Inmate Signature                              ADC#                              Date

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center _Tucker_

Name _Dennis Stivers_     Job Assignment _TC/BU_

ADC# _91244_     Brks # _8_

FOR OFFICE USE ONLY

GRV. # _TU-14-00060_

Date Received: _1/21/14_

GRV. Code #: _601_

_1-15-14_ (Date) STEP ONE: Informal Resolution (All complaints/concerns should first be handled informally.)

_1-17-14_ (Date) STEP TWO: Formal Grievance
If the issue was not resolved during Step One, state why: _Dr. Peppers did not follow_ _Dr per Orthopedic Dr. Crowell_ _Permanat No Duty No walking more than 50 A_

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _8 Dr Peppers did not follow Dr_

Is this Grievance concerning Medical or Mental Health Services? _Yes_ If yes, circle one: (medical) or mental
BRIEFLY state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _In the past 28 days my Name_ _has been on the Doctor call list. But on both times Dr. Peppers has_ _refused to see me. My Medical Condition is getting worsier every day_ _And Dr. Peppers keeps refusing to see me._ _Dr. Peppers has Also refused to Honor recomendations_ _made by Dr. Bernard Crowell on Dec 18 2013. By doing this she has_ _deliberatly denied me medical relief prescribed by licensed_ _Orthopedic Doctor, Causeing Causing me more excrutiating pain_ _And refusing to Medically Treating me for my Medical complaints_ _I have Also put Medical request due to this. Also Medical_ _request to renew medicines, shoes, Medical scripts._ _Absolutely nothing is be done. being done._

_____
                                                              _Jan. 15, 2014_
_Dennis Stivers_                                      Date
Inmate Signature
**If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.**

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY
This form was received on _1/15/14_ (date), and determined to be **Step One** and/or an Emergency Grievance _YES_ (Yes or No). This form was forwarded to medical or mental health? _YES_ (Yes or No). If yes, name of the person in that department receiving this form: _Mrs Hugh_  Date _1/15/14_

_S F Schuley_     _29018_     _S. F._          _1/15/14_
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number   Staff Signature          Date Received
Describe action taken to resolve complaint, including **dates**: _you were seen by Dr. Peppers_ _1/16/14 and she addressed your concerns at that_ _time._

_R. Huff RN 1-16-14_                              _Dennis Stivers_   _1-16-14_
Staff Signature & Date Returned                Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____  Date: _____
                                    (Forwarded to Grievance Officer/Warden/Other) Date: _____
Action Taken: _____  Date: _____
If forwarded, provide name of person receiving this form: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back
Inmate After Completion of Step One and Step Two.

IGTT420

3GH

Attachment IV

INMATE NAME: Stivers, Dennis J.          ADC #: 091244G          GRIEVANCE #: TU-14-00060

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

TU-14-00060

On your Grievance you stated "In the past 28 days my name has been on the Doctor call list. But on both times Dr. Peppers has refused to see me. My Medical condition is getting worsier every day and Dr. Peppers Keeps refusing to see me. Dr. Peppers has also refused to Honor re comendations made by Dr. Bernard Crowell on Dec 18 2013. By doing this she has deliberlty denied me medical relief prescribed by Lincensed Orthopedic Doctor. Causing me more excrutiating pain and refusing to medeically Treating me for my Medical complaints I have also put medical request due to this. Also medical request to renew medicines, shoes, medical scripts, Absolutely nothing is being done."

You were seen by Dr. Peppers on 1-16-14 at which time she went over all of Dr. Crowells recommendations and why she was or was not writing those restrictions.

Therefore I am finding this grievance without merit.

_Ramona Huff_

| | | |
|---|---|---|
| Signature of Health Services Administrator/Mental Health Supervisor or Designee | Ramona A Huff | 01/28/2014 |
| | Title | Date |

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

Inmate Signature                    ADC#                    Date

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center **Tucker**

Name **Dennis Stivers**

ADC# **91244**   Brks # **8**   Job Assignment **TC/BU**

<table>
<tr><td>FOR OFFICE USE ONLY</td></tr>
<tr><td>GRV. # TU-14-00028</td></tr>
<tr><td>Date Received: 1/8/14</td></tr>
<tr><td>GRV. Code # 001</td></tr>
</table>

**1-6-14** (Date) STEP ONE: Informal Resolution (All complaints/concerns should first be handled informally.)

**1-6-14** (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _This still does not help my pain and progressive deterioration from lack of Medical treatment that_ should have already been done

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? **Yes** If yes, circle one: (medical) or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _While Dr. Peppers is not refussing to consult with me and to also refuse orthopedic Specialist Recommendations, My Condition is worsening everyday. I can barely walk any given distance before it feels like my Lower 1/2 doesn't want to work anymore. I seen the Orthopedic Doctor 12-18-13 and still till up to today Dr. Peppers has refused to see me. If she cannot do her Job, when she's knows or should known the damage it's constantly do to my Health, because she refuses to treat me, then Medical should find someone who can and will treat me. My medicine does not help, I limited at what I can do. What does a man have to do around here to get Medical Relief. And Treatment?_

_____

_Dennis Stivers_                                    **1-6-14**
Inmate Signature                                    Date
**If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.**

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on **1/6/14** (date), and determined to be **Step One** and/or an Emergency Grievance **YES** (Yes or No). This form was forwarded to medical or mental health? **YES** (Yes or No). If yes, name of the person in that department receiving this form: _Mrs Huff_   Date **1/6/14**

**PRINT STAFF NAME (PROBLEM SOLVER)**: _S. F. Johnson_   ID Number _29016_   Staff Signature _Sgt Huff_   Date Received **1/6/14**

Describe action taken to resolve complaint, including **dates**: _You will be scheduled to see Dr. Peppers the next time she is here_

_R. Huff RN 1-6-14_                        _Dennis Stivers 1-6-14_
Staff Signature & Date Returned            Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

Attachment IV

IGTT420
3GH

INMATE NAME:  Stivers, Dennis J.          ADC #: 091244G          GRIEVANCE #: TU-14-00028

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

TU-14-00028
On this grievance you stated "While Dr. Peppers is refussing to consult with me and to also refuse orthopedic specialist Recommendations, My condition is worsening everyday, I can barely walk any given distance before it feels like my Lower 1/2 does'nt want to work anymore. I seen the orthopedic Doctor 12/18/13 and still till up to today Dr Peppers has refused to see me. If she cannot do her job, when she's knows or should known the damage its constantly do to my health, because she refuses to treat me , then Medical should find someone who can and will treat me. My medicine does not help, I limited at what I can do. What does a man have to do around here to get medical relief. and treatment?"

Dr Peppers was on vacation and got iced in and was unable to get a flight back to Arkansas. She did not return to work until 1-13-14. You were placed on her schedule and seen on 1-16-14

Therefore I am finding this grievance without merit.

_Ramona Huff_ (signature)

_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

Ramona A Huff
_____
Title

01/28/2014
_____
Date

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

IGTT420

_____          _____          _____
Inmate Signature                        ADC#                      Date

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _Tucker_

Name _Dennis Stivers_

ADC# _91244_   Brks # _8_   Job Assignment _TC/194_

| FOR OFFICE USE ONLY |
| --- |
| GRV # _TU-14-00006_ |
| Date Received: _1/2/14_ |
| GRV. Code #: _775_ |

_____ (Date) STEP ONE: Informal Resolution

_12-27-13_(Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Even with what is still_
_recomended of me, can still cause serious To injury even with staffs helpfulness._

_12-25-13_(Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _Because of nerve damage And_
_ruptured disc in back - Infirmary not Adhering to latest Consult (12-18-13)_
*Is this Grievance concerning Medical or Mental Health Services?* _____ If yes, circle one: *medical* or *mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, *date*, place, name of personnel involved and how **you** were affected. (Please Print): _Starting tomorrow morning 12-26-13 I_
_have to Quit taking my nerve pills And pain medicine to Accomadate_
_the Theraputic Community program, For A Sanction that Requires me_
_to be focus At All times. My Medicines make me real drowsy And_
_make me fall Asleep. Mr. chism has been working with me but his_
_staff does not seem to understand my medical Situation. Per. Roger_
_Cameron, Pine Bluff Central office, T.C. staff is suppose to Accomadate_
_me because of my Medical conditions. Issueing A Saction which_
_makes me Aware of the More Sanctions being imposed because of_
_not Adhering to T.C. Sanction Rules, is interferring with my Medical_
_Attention._
_    I could suffer A pinched or severed nerve due to this having_
_to refuse my Medicine to Accomadate T.C. This Sanction requires_
_my Full Attention 14 to 18 hrs. per day without rest or sleep._
_Icrensed pain from not taking Prescribed Medicines to Accomadate T.C. Sanction._

_Dennis Stivers_ _____       _12-25-13_
Inmate Signature                                           Date
*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

<u>THIS SECTION TO BE FILLED OUT BY STAFF ONLY</u>
This form was received on _12/25/13_ (date), and determined to be **Step One** and/or an Emergency Grievance
_Yes_ (Yes or No). This form was/forwarded to medical or mental health? _No_ (Yes or No). If yes, name
of the person in that department receiving this form: _K Sellaro_ Date _12/25/13_

**PRINT STAFF NAME** (PROBLEM SOLVER) _K Sellaro_   ID Number _5925_   Staff Signature _K Sellaro_   Date Received _12/25/13_
Describe action taken to resolve complaint, including **dates**: _Mr. Chism stated he spoke_
_with the program Staff on Inmate Stivers # 91244 behalf and_
_Ms. Armstrong program leader assured me that every Extent is_
_being taken by Staff to Assist Inmate Stivers medical Limitations_
_K Sellaro_ _12-27-13_    _Dennis Stivers_ _12-27-31_
Staff Signature & Date Returned          Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____
----------------------------------------------------------------------------------------------
**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back
to Inmate After Completion of Step One and Step Two.

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center _Tucker_

Name _Dennis Stivers_

ADC# _091244_   Brks # _8_   Job Assignment _TC/B4_

FOR OFFICE USE ONLY

GRV # _TU-14-00005_

Date Received _1/2/14_

GRV. Code #: _1600_

_____ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why:_____

_12/23/13_ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* Yes *If yes, circle one:* (medical) or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): Last Thursday 12-19-13 I had a consult with orthopedic surgeon & specialist Dr Crowell- During his consult he made the recomendation that I be given a cane for assistance, Permannant No Duty Duty and no walking more than 50 feet, medical is aware of this. Dr Peppers has even veiwed my medical Incket on Friday morning 12-20-13, I have nerve damage and 3 herninted disk in my back and my condition is getting worse every day, medical knows this but cont-inues to act as if nothing is wrong here, I can hardly walk from my barracks to chow call or even pill call, for 1yr now I have argue with Medical about my medical conditions and they ignore it because of the fact that I am in TC. Quote "we canot get involved with A.P.C programs, Also Per Dr. Peppers, Its not up to Dr. Crowell orthopedic Surgeon, Its up to me to make of findings not Dr Crowell, he's outside help. Ms Peppers is not specialized in orthopedics so she should do be making decisions that a specialist recomerd.

_Dennis Stivers_                                          _12.23.13_
Inmate Signature                                              Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY
This form was received on _12-23-13_ (date), and determined to be **Step One** and/or an Emergency Grievance _no_ (Yes or No). This form was forwarded to medical or mental health? _No_ (Yes or No). If yes, name _____ of the person in that department receiving this form: _____   Date _____

_Sgt Botten_   _16074_   _Sgt Park_   _12-23-13_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: What Dr Crowell wrote were Recomendations, Dr Pepper has Reviewed your Report. She has talked to Dr Peppers, Dr Pepper is waiting to talk to Crowell and will document afterwards.

_Ramona Huff RN 12-26-13_   _Dennis Stivers_ _12-26-13_
Staff Signature & Date Returned   Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____   Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____   Date: _____

----

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back

IGTT420
CH↲

INMATE NAME: <u>Stivers, Dennis J.</u>          ADC #: <u>091244G</u>          GRIEVANCE #: <u>TU-14-00005</u>

HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

<u>TU-14-00005</u>
<u>On Your Greivance you stated "Last Thursday 12/19/13 I had a consult with Orthopedic Surgeon & Specialist</u>
<u>Dr. Crowell-During his consult he made the recommendation that I be given a cane for assistance, permanent</u>
<u>no duty duty and no walking more than 50 feet, Medical is aware of this . Dr. Peppers has even review my</u>
<u>medical jacket on Friday morning 12-2-13. I have never damage and 3 herniated disk in my back and my</u>
<u>condition is getting worse every day, Medical knows this but continues to act as if nothing is wrong here. I can</u>
<u>hardly walk from my barracks to chow call or even pill call. For 1 yr. now. I have argue with medical about my</u>
<u>Medical conditions and they ignore it because of the fact that I am in T.C. Quote we canot get involved with</u>
<u>ADC programs. Also per Dr. Peppers, Its not up to Dr. Crowell Orthopedic Surgeon, its up to me to make</u>
<u>findings not Dr. Crowell, he's outside help. Ms. Pepper is not specialized in Orthopedics so she should do be</u>
<u>making decisions th t a Specialist recommend. "</u>

<u>Dr. Peppers did not enter any documentation in Eomis about your visit with Dr. Crowell at the time of your</u>
<u>grievance. She has now documented on this issue as follows "MR STIVERS HAS BEEN EVALUATED BY DR.</u>
<u>CROWELL, ORTHOPEDICS ON SEVERAL OCCASIONS. HE CARRIES A DIAGNOSIS OF 1) DEGENERATIVE DISC</u>
<u>DISEASE OF THE LUMBAR SPINE, 2) HERNIATED NUCLEUS PULPOSA OF THE LUMBAR SPINE, 3)</u>
<u>RADICULOPATHY, 4) CHRONIC BACK PAIN, AND5)LUMBAR STENOSIS.</u>
<u>DR. CROWELL STATES THAT HIS DISABILITY IS PERMANENT UNLESS HE HAS A L3 THROUGH S1 SPINAL</u>
<u>FUSION. THIS PROCEDURE IS VERY COMPLEX AND REQUIRES MULTIPLE DISCIPLINES TO COMPLETE A MULTI-</u>
<u>LEVEL FUSION. THE PROCEDURE IS POSSIBLE BUT SHOULD ONLY BE UNDERTAKEN IF THE INMATE IS</u>
<u>SEVERELY DEBILITATED OR IN DIRE NEED. HIS CONDITION RESTRICTS HIM FROM EXCESSIVE</u>
<u>LABOR/LIFTING OR PROSTRATION.</u>
<u>I SPOKE WITH DR. CROWELL ON 12/23/13 ABOUT THE RESTRICTIONS THAT WERE WRITTEN ON 12/18/13. HE</u>
<u>STATES THAT HE WAS ATTEMPTING TO WRITE WORK RESTRICTIONS FOR MR. STIVERS. HE SAYS THAT MR.</u>
<u>STIVERS INFORMED HIM THAT IF HE DID NOT WRITE RESTRICTIONS, THERE WAS A POSSIBILITY THAT HE</u>
<u>WOULD BE REQUIRED TO DO HEAVY LABOR AND POSSIBLY INJURE HIS BACK.</u>
<u>DR. CROWELL SAYS THAT HE REQUESTED THAT MEDICAL SEND HIM AN OUTLINE OF ADC RESTRICTIONS ON</u>
<u>SEVERAL OCCASIONS AND HIS REQUESTS WERE IGNORED. HOWEVER, MR STIVERS CONTINUED TO RETURN</u>
<u>TO HIS OFFICE FOR FOLLOWUP APPOINTMENTS REQUESTING RESTRICTIONS BUT AN OUTLINE FROM</u>
<u>MEDICAL WAS NEVER RECEIVED. DR. CROWELL SAYS THAT SINCE HIS REQUESTS WERE IGNORED, HE HAD</u>
<u>NO OTHER CHOICE BUT TO RELY UPON THE INMATE FOR GUIDANCE IN WRITING THE RESTRICTIONS.</u>
<u>MR STIVERS DOES NOT HAVE ANY MEDICAL CONDITIONS THAT PREVENT HIM FROM PARTICIPATING IN THE</u>
<u>T.C. PROGRAM. THE RESTRICTIONS WRITTEN BY DR. CROWELL HAVE BEEN HONORED, MR. CHISM HAS MADE</u>
<u>ACCOMODATIONS FOR HIM AND TAKES HIS COMFORT INTO CONSIDERATION.</u>
<u>MR. STIVERS HAS BEEN ON NARCOTICS LONG TERM FOR HIS CHRONIC PAIN. HE IS ON A STABLE DOSE AND</u>
<u>IS TOLERANT TO THE SIDE EFFECTS OF OPIOD MEDICATIONS. THEREFORE, IT IS VERY UNLIKELY THAT HE IS</u>
<u>UNABLE TO PARTICIPATE IN THE T.C. PROGRAM BECAUSE HIS PAIN MEDICATIONS MAKES HIM DROWSY. THE</u>
<u>MEDICATIONS THAT HE RECEIVES ARE NOT FOR THE TREATMENT OF A SPECIFIC PROBLEM, THEY ARE PURELY</u>
<u>FOR HIS COMFORT. THUS WHETHER OR NOT HE TAKES HIS MEDICATION IS NOT GOING TO MAKE IS</u>
<u>DISEASE PROCESS BETTER OR WORSE.</u>
<u>MR STIVERS SHOULD BE ABLE TO PARTICIPATE IN THE T.C. PROGRAM WITH THE RESTRICTIONS WRITTEN.</u>
<u>HIS RESTRICTIONS ARE TO PREVENT HIM FROM DOING EXCESSIVE HEAVY LABOR OR LIFTING, PREVENT HIM</u>
<u>FROM BEING REQUIRED TO REMAIN IN ONE POSITION FOR AN EXCESSIVE AMOUNT OF TIME AND NOT MEANT</u>
<u>TO LIMIT HIM FROM PERFORMING ACTIVITIES OF DAILY LIVING."</u>

<u>Therefore I am finding this grievanc to be with merit but resolved</u>

_Ramona Huff_

| | | |
|---|---|---|
| Signature of Health Services Administrator/Mental Health Supervisor or Designee | Ramona A Huff | 01/28/2014 |
| | Title | Date |

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

| | | |
|---|---|---|
| Inmate Signature | ADC# | Date |

IGTT420                                    Page 2 of 2

IGTT420
3GH

@ *(handwritten)* TU BX8/2L Attachment IV

INMATE NAME: <u>Stivers, Dennis J.</u>      ADC #: <u>091244G</u>      GRIEVANCE #: <u>DR-13-00610</u>

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

<u>601 Without Merit</u>
<u>You claim that The Infirmary management intentionaly disregarded a recommendation from Dr. Crowell</u>
<u>for a medical waiver from the TC Program.</u>

<u>The Infirmary staff of the Delta Regional Unit did not disregard the recommendation from Dr. Crowell</u>
<u>for a medical waiver. You were scheduled for an extensive medical assessment by the unit providers</u>
<u>based on this recommendation. Through frequent communication with the program director and the</u>
<u>determination by our Providers that a medical waiver was not necessary you were educated on the</u>
<u>process to re-enter the TC Program.</u>

*(signature)*

Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

FAILURE TO FOLLOW
POLICY HAS RESULTED IN
A REJECTION FOR THIS
APPEAL AND MARKS THE END
OF THE APPEAL PROCESS

N/A Title

10-21-13 Date

**INMATE'S APPEAL**

*(stamp: RECEIVED DEPUTY DIRECTOR ARKANSAS DEPARTMENT OF CORRECTION ... CORRECTIONAL PROGRAMS)*

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the Information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

*Medical has deliberty leaned toward the ADC decision as to what orthopedic Dr. Crowell requested. Dr. Crowell is a licensed Specialist and Surgeon. Mr. Kirk & Ms. Kelley as to my knowledge are not specialist in this line of medical concerns*

_Dennis Stivers_          _091244_          _11-8-13_
Inmate Signature              ADC#                Date

**LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center _Tucker_

| | FOR OFFICE USE ONLY |
|---|---|
| | GRV # _____ |
| | Date Received: _____ |
| | GRV. Code #: _____ |

Name _Dennis Stivers_

ADC# _091244_   Brks # _8-2_   Job Assignment _T.C._

_11.4.13_ (Date) STEP ONE: Informal Resolution

_11-8-13_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
   If the issue was not resolved during Step One, state why: _Need this to show that I_
_Just Received Copies of Greivence 13-00610 today 11.8.13_

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ _Yes_ _If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _On 9.20.13 I File Step 2 on Greivence_
_# 13-00610 while At Dermott Regional. This has been well of 30 days And I have_
_not received a response from this Greivence. This grievence involves Mr. HSA_
_Willum Kirk And Deputy Director Wendy Kelley And their indiffere by deliberatly leaning_
_toward ADC decisions other than meeting my medical concerns._

~~RETURNED TO INMATE~~
~~FOR THE FOLLOWING~~
~~REASON(S): NOT~~
~~PROCESSED, PREVIOUSLY~~
~~ANSWERED/REJECTED,~~
~~OR A DUPLICATE~~

RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

HEALTH & CORRECTIONAL PROGRAMS

_Dennis Stivers_ # _091244_                    _November 4, 2013_
Inmate Signature                              Date
_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _11-4-13_ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____
_Sgt Graydon_            _75699_   _Sgt S.L. Graydon_              _11-4-13_
**PRINT STAFF NAME (PROBLEM SOLVER)**   ID Number   Staff Signature        Date Received
Describe action taken to resolve complaint, including **dates**: _____

_X Dennis Stiv_   _11.8.13_
Staff Signature & Date Returned      Inmate Signature & Date Received
This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT440
3GE

Attachment X

# GRIEVANCE EXTENSION

TO INMATE:  Stivers, Dennis J.                    ADC#:   091244
FROM:  Harris, Grant E.                             TITLE:  Deputy Director
DATE:  01/07/2014                                    GRIEVANCE #:  TU-13-00546

ADDITIONAL TIME IS NECESSARY IN ORDER TO:

Allow the unit to provide more information.

YOU WILL RECEIVE COMMUNICATION FROM THIS OFFICE BY:  01/21/2014

This Extension is automatic unless you specifically disagree; If you agree to the extension then no action is required on your part. If you DO NOT agree to the extension, check DISAGREE, sign your name on the signature line, write your ADC#, and date this form, and return the orginal to this office. If you do not agree, you understand that, with your decision, NO FURTHER ACTION will be taken on this issue, you WILL NOT have exhausted your administrative remedies, and your grievance will be returned to you without a decision regarding its merit.

☐ DISAGREE      By disagreeing with this extension, I waive my right to have this grievance issue
                considered, and acknowledge I have not exhausted the grievance process as necessary to
                pursue a complaint.


                              ADC#: 091244  Date: _


_____   ___ ___ ___ ___ ___ ___
Inmate Signature



_____   ___ ___ ___ ___ ___
Warden/Center Supervisor Signature      Date



_____   ___ ___ ___ ___
Chief Deputy/Deputy/Assistant           Date
Director/Director Signature

IGTT400                                                               Attachment II
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Stivers, Dennis J.          ADC #:  091244G
FROM:  Johnson, Pearlie M               TITLE:  ADC Inmate Grievance Coord
DATE:  10/25/2013                       GRIEVANCE #:  TU-13-00546

Please be advised, I have received your Grievance dated 10/16/2013 on 10/25/2013 .
You should receive communication regarding the Grievance by 11/25/2013

_Pearlie  Johnson_
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

○ This Grievance will be addressed by the Warden/Center Supervisor or designee.

○ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator
who will respond.

○ This Grievance involves a mental health issue and has been forwarded to the Mental Health
Supervisor who will respond.

□ This Grievance has been determined to be an emergency situation, as you so indicated.

◉ This Grievance has been determined to not be an emergency situation because you would not be
subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will
be processed as a Non-Emergency.

○ This Grievance was REJECTED because it was either non-grievable (  ), untimely, was a duplicate of  ,
or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the
information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director.
Keep in mind that you are appealing the decision to reject the original complaint. Address only the
rejection; do not list additional issues, which were not a part of your original grievance as they will not be
addressed. Your appeal statement is limited to what you write in the space provided below.

_____     _____     _____
Inmate Signature                                 ADC #                                    Date

IGTT405
3GT

Attachment V

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  <u>Stivers, Dennis J.</u>          ADC #:  <u>091244G</u>
FROM:  <u>Evans, Marvin Jr</u>                    TITLE:  <u>Deputy Director</u>
RE: Receipt of Grievance  <u>TU-13-00546</u>      DATE:  <u>11/21/2013</u>

Please be advised, the appeal of your grievance dated
<u>10/16/2013</u>
was received in my office on this date  <u>11/21/2013</u>

**You will receive communication from this office regarding this Grievance by**  <u>01/09/2014</u>

☐  The time allowed for appeal has expired
☐  The matter is non-grievable and does not involve retaliation:
    ☐  (a) Parole and/or Release matter
    ☐  (b) Transfer
    ☐  (c) Job Assignment unrelated to medical restriction
    ☐  (d) Disciplinary matter
    ☐  (e) Matter beyond the Department's control and/or matter of State/Federal law
    ☐  (f) Involves an anticipated event
☐  You did not send all the proper Attachments:
    ☐  (a) Unit Level Grievance Form (Attachment 1)
    ☐  (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    ☐  (c) Did not give reason for disagreement in space provided for appeal
    ☐  (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    ☐  (e) Unsanitary form(s) or documents received
    ☐  (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

IGTT430
3GD

Attachment VI

INMATE NAME: Stivers, Dennis J.        ADC #: 091244        GRIEVANCE#:DR-13-00508

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On August 7, 2013, you grieved that Ms. Hubbard, APN, was to make sure that the medical department had you placed on a permanent "no duty" restriction. You also state that Mr. Kirk has over-ridden doctor's orders.

The medical department responded, "The decision you made to sign out of the TC program was yours alone. As I have explained to you previously, I spoke with the Director of the program and he said they would have accomodate your restrictions had you not removed yourself from the program. He also said that you are encouraged to reapply for the program after the six month waiting period and again they would accomodate your restrictions. Your current restrictions are adequate. The Medical department does not have the authority to provide you with a waiver from a Parole Board sanctioned required program. That decision lies with ADC but you must allow the TC program administrators to attempt to accomodate restrictions before signing out of the program. I have never "over-ridden" a Dr's order concerning your case."

Your September 18 appeal states that Mr. Kirk has not followed doctor's orders and the proof is in the grievances you filed and in your medical record. You state that it does not matter what the parole board sanctions, your health is more important.

Your August 5 encounter with Ms. Hubbard notes that there was a recommendation by Dr. Crowell for a waiver from the TC program, and that she discused with you that if you cannot be released from the program, you may have to serve until you flatten your time.

You make accusations against Mr. Kirk, but they are general and I cannot investigate general accusations; you must be specific.

Your appeal is denied. Please refer to the responses to DR-13-00329 and DR-13-00407.

_Wendy Kelley_                          10/29/13
Director                                Date

IGTT420
3GH

Attachment IV

INMATE NAME: Stivers, Dennis J.        ADC #: 091244G        GRIEVANCE #: DR-13-00626

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

601 Without Merit
You claim that the Health Services Administrator of the Delta Regional unit Infirmary has denied you
adequate access to medical. You claim that we have canceled orders for follow up appointments with
specialists.

This office has never denied you access to medical at any time. Your requests for health care have all
been addressed appropriately by this staff. The recommendation for follow up was reviewed by our
Regional Medical Director, Dr. Floss, and he determined that your current treatment was adequate and
you should be re-evaluated at the six month period. He has the authority to make these determinations
and revise pre-existing orders.

Signature of Health Services
Administrator/Mental Health Supervisor or
Designee                                    HSA                    10-24-13
                                            Title                  Date

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling
in the information requested below and mailing it to the Deputy Director for Health & Correctional
Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to
the original grievance. Do not list additional issues which were not part of your original grievance as they
will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? *This Dr. Floss was only brought*
*in because I filed A greivence due to Mr. Kirk & Mrs. Kelleys*
*dilibert indifference And Liberty due to their decisions*
*my Medical issues were not met And followed up by*
*the physician that was treating me*

FAILURE TO FOLLOW
POLICY HAS RESULTED IN
A REJECTION FOR THIS
APPEAL AND MARKS THE END
OF THE APPEAL PROCESS

Dennis Stiv                              091244                  11-14-13
Inmate Signature                         ADC#                    Date

IGTT405
3GT

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  Stivers, Dennis J.          ADC #:  091244G
FROM:  Kelley, Wendy L                   TITLE:  Deputy Director
RE: Receipt of Grievance  DR-13-00626    DATE:  11/21/2013

Please be advised, the appeal of your grievance dated
09/25/2013
was received in my office on this date  11/21/2013

**Your grievance appeal is being returned pursuant to the Administrative Directive on Inmate Grievances due to one of the following:**

☑ The time allowed for appeal has expired

☐ The matter is non-grievable and does not involve retaliation:

    ☐ (a) Parole and/or Release matter
    ☐ (b) Transfer
    ☐ (c) Job Assignment unrelated to medical restriction
    ☐ (d) Disciplinary matter
    ☐ (e) Matter beyond the Department's control and/or matter of State/Federal law
    ☐ (f) Involves an anticipated event

☐ You did not send all the proper Attachments:

    ☐ (a) Unit Level Grievance Form (Attachment 1)
    ☐ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    ☐ (c) Did not give reason for disagreement in space provided for appeal
    ☐ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    ☐ (e) Unsanitary form(s) or documents received
    ☐ (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

FAILURE TO FOLLOW
POLICY HAS RESULTED IN
A REJECTION FOR THIS
APPEAL AND MARKS THE END
OF THE APPEAL PROCESS

IGTT400
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Stivers, Dennis J.
FROM:  Godfrey, Lydia K
DATE:  09/26/2013

ADC #:  091244G
TITLE:  ADC Inmate Grievance Coord
GRIEVANCE #:  DR-13-00626

Please be advised, I have received your Grievance dated 09/25/2013 on 09/26/2013 .
You should receive communication regarding the Grievance by 10/24/2013

_Lydia L. Godfrey_
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

- ⊙ This Grievance will be addressed by the Warden/Center Supervisor or designee.
- ⊙ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ⊙ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- ☒ This Grievance has been determined to be an emergency situation, as you so indicated.
- ⊙ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ⊙ This Grievance was REJECTED because it was either non-grievable (  ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

_____          _____          _____
Inmate Signature                                              ADC #                                Date

IGTT400

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center ___Delta___

Name ___Dennis Stivers___

ADC# _091244_   Brks # _8_   Job Assignment _8/4_

| FOR OFFICE USE ONLY |
| --- |
| GRV _DR-13-00626_ |
| Date Received _9-26-13_ |
| GRV Code # _600_ |

(601)

_9.25.13_ (Date) STEP ONE:  Informal Resolution

_9.26.13_ (Date) STEP TWO:  Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Dr Crowell wanted to see me in_
_3 months, not in 6 months as stated by R. Floss Regional Med. Dir._

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious
nature).  If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt.  If an Emergency, state why: ~~I feel we that the revoking of the~~
~~Medical Waiver to take me out of S.E.M.U. to Ecco at Tucker, ~~ ~~~~

Is this Grievance concerning Medical or Mental Health Services?  __Yes__  If yes, circle one:  medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how **you** were affected.  (Please Print): _On 9.24.13 during a consult with Nurse Prac._
_Ms. Hubbard it was brought to my Attention or stated by Mrs. Hubbard that Dr. Crowell_
_was no longer treating me due to my Medical Conditions. But has placed me on_
_Dr's call list to see Dr Ecco. My complaint is, Nurse Practicner Ms. Hubbard, nor_
_Dr Ecco Are Orthopedic Surgeons / Specialist._
_     I feel Medical Director, HSA William Kirk And Deputy Director Wendy Kelley has_
_canceled and deny me Medical Treatment due to numerous medical grievances_
_that I have filed._
_     I was due for Another consult last week with Dr Crowell._
_My Medical Condition is more severe than Corizon Medical personel think._
_Do to the numerous greivences filed about A "Medical Waiver" has Medical_
_Director H.S.A. Kirk and Dep Dir Kelley refusing me proper medical care that I_
_feel is necessary for A Orthopedic Specialist to be treating. Now I'm being denied._

~~FAILURE TO FOLLOW~~
~~POLICY HAS RESULTED IN~~
~~A REJECTION FOR THIS~~
~~APPEAL AND MARKS THE END~~
~~OF THE APPEAL PROCESS~~

_Dennis Stivers_                                                    _Sept. 25 2013_
Inmate Signature                                                Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _9/25/13_ (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No). This form was forwarded to medical or mental Health? _W__ On__ (Yes or No).  If yes, name
of the person in that department receiving this form: _____ Date _9/25/13_

_L. Kennedy_               _____              _Lisa Kennedy_                _9/25/13_
**PRINT STAFF NAME** (PROBLEM SOLVER)   ID Number   Staff Signature              Date Received

Describe action taken to resolve complaint, including **dates**: _Your orthopedic consul-_
_to Crowell was recommended as alternative Treatment_
_by R. Floss, MD regional Medical director. It was_
_recommended for continual conservative treatment was_
_reviewed in 6 months. You are being treated for orders._

_Dian Graham (M?) 9/25/13_               _Dennis Stivers 9.25.13_            _9/25/13_
Staff Signature & Date Returned               Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**.  Is it an Emergency? ____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; ~~ORIGINAL~~ -Given back
to Inmate After Completion of Step One and Step Two.

IGTT400
3GR

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  <u>Stivers, Dennis J.</u>          ADC #:  <u>091244G</u>
FROM:  Godfrey, Lydia K                TITLE:  <u>ADC Inmate Grievance Coord</u>
DATE:  <u>09/26/2013</u>                  GRIEVANCE #:  <u>DR-13-00626</u>

Please be advised, I have received your Grievance dated <u>09/25/2013</u> on <u>09/26/2013</u> .
You should receive communication regarding the Grievance by <u>10/24/2013</u>

_Lydia L. Godfrey_
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

☐ This Grievance will be addressed by the Warden/Center Supervisor or designee.

☒ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

☐ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

☐ This Grievance has been determined to be an emergency situation, as you so indicated.

☐ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

☐ This Grievance was REJECTED because it was either non-grievable (  ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

_____     _____     _____
Inmate Signature                      ADC #                   Date

IGTT400                                                                    Attachment II
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate   Stivers, Dennis J.                ADC #:   091244G
FROM:  Godfrey, Lydia K                          TITLE:   ADC Inmate Grievance Coord
DATE:  09/23/2013                                GRIEVANCE #:  DR-13-00610

Please be advised, I have received your Grievance dated 09/20/2013 on 09/23/2013 .
You should receive communication regarding the Grievance by 10/21/2013

_Lydia K. Godfrey_
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

◯ This Grievance will be addressed by the Warden/Center Supervisor or designee.

◉ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

◯ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

◻ This Grievance has been determined to be an emergency situation, as you so indicated.

◯ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

◯ This Grievance was REJECTED because it was either non-grievable (  ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.


_____        _____        _____
Inmate Signature                              ADC #                                      Date


IGTT400                                    Page 1 of 1

IGTT405
3GT

Attachment V

## ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  Stivers, Dennis J.          ADC #:  091244G
FROM:  Kelley, Wendy L                   TITLE:  Deputy Director
RE: Receipt of Grievance  DR-13-00610    DATE:  11/15/2013

Please be advised, the appeal of your grievance dated
09/20/2013
was received in my office on this date  11/15/2013

**Your grievance appeal is being returned pursuant to the Administrative Directive on Inmate Grievances due to one of the following:**

☑ The time allowed for appeal has expired
☐ The matter is non-grievable and does not involve retaliation:

FAILURE TO FOLLOW
POLICY HAS RESULTED IN
A REJECTION FOR THIS
APPEAL AND MARKS THE END
OF THE APPEAL PROCESS

    ☐ (a) Parole and/or Release matter
    ☐ (b) Transfer
    ☐ (c) Job Assignment unrelated to medical restriction
    ☐ (d) Disciplinary matter
    ☐ (e) Matter beyond the Department's control and/or matter of State/Federal law
    ☐ (f) Involves an anticipated event
☐ You did not send all the proper Attachments:
    ☐ (a) Unit Level Grievance Form (Attachment 1)
    ☐ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    ☐ (c) Did not give reason for disagreement in space provided for appeal
    ☐ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    ☐ (e) Unsanitary form(s) or documents received
    ☐ (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

IGTT420
3GH

Attachment IV

INMATE NAME: Stivers, Dennis J.          ADC #: 091244G          GRIEVANCE #: DR-13-00610

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

601 Without Merit
You claim that The Infirmary management intentionaly disregarded a recommendation from Dr. Crowell
for a medical waiver from the TC Program.

The Infirmary staff of the Delta Regional Unit did not disregard the recommendation from Dr. Crowell
for a medical waiver. You were scheduled for an extensive medical assessment by the unit providers
based on this recommendation. Through frequent communication with the program director and the
determination by our Providers that a medical waiver was not necessary you were educated on the
process to re-enter the TC Program.

*Rejected on 11.15.13*

RETURNED TO INMATE
FOR THE FOLLOWING
REASON(S): NOT
PROCESSED, PREVIOUSLY
ANSWERED/REJECTED,
OR A DUPLICATE

_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

Title

10.21.13
Date

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling
in the information requested below and mailing it to the Deputy Director for Health & Correctional
Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to
the original grievance. Do not list additional issues which were not part of your original grievance as they
will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? This is a different
grievance. Its about Mr Kirk & Mrs Kelley deliberatally be
indifferent and making a A.Dc. recommendation and not a
Medical decision brought on by a licensed Medical orthopedic
Surgeon and His decision Mr. Kirk and Mrs. Kelley has created
a liberety by making their decisions

_____
Inmate Signature

091244
ADC#

11.14.13
Date

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center __DRV__

Name __Dennis Stivers__

ADC# __91244__   Brks # __8__   Job Assignment __B/4__

| FOR OFFICE USE ONLY |
| --- |
| GRV # _DR-13-00610_ |
| Date Received. _9-23-13_ |
| GRV. Code #: _600_ |

(601)

__9.20.13__ (Date) STEP ONE: Informal Resolution

__9-20-13__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: This complaint is different from
previous ones as it involves a specific instance of Deliberate Indifference.

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. If an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* __Yes__ *If yes, circle one:* (medical) or mental •
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how **you** were affected. (Please Print): HSA Mr. Kirk and Dep. Director W. Kelley are being
deliberately indifferent to my Med. needs and concerns and are violating AD 11-10 by allowing
the interests of both the Parole Board and the T.C. Program Staff to supercede and/or control
Medical staff's decisions regarding my medical evaluations by refusing to honor Dr. Crowell's
"Medical Waiver" that he prescribed for me after I showed him a copy of my Program Referral
from Mr. Cameron stating that I needed a medical waiver inorder to be discharged medically,
and by refusing to acknowledge that the totality of my very serious medical conditions
make it medically impossible for me to comply with the many high standards of the T.C. Pro-
gram for 9 months strait or more. while it's true that I have a script for "No sitting or standing
for more than 15 minutes" when I was in T.C. Program however, they were repeatedly making me
Stand for 15 mins. then sit for 15 mins. This hurt more then doing one of the two.
Wendy Kelley believes that since both the Parole Board and T.C. staff feel I need this program,
then it doesn't matter how bad my medical conditions are; the needs of the Parole Board outweigh
my medical Health. This is deliberate indifference hands down and it creates a Liberty interest as well.
"Medical Waivers" are only used ~~for~~ to supercede any requirement to complete a stipulated program.

__Dennis Stivers  91244__                          __9.20.13__
Inmate Signature                                   Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on __9/20/13__ (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No)) This form was forwarded to medical or mental health? (Yes) or No). If yes, name
of the person in that department receiving this form: __W. Kirk__                Date __9/20/13__

__L. Kennedy__                    _____    _Sgt. S. Kennedy_        __9/20/13__
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature          Date Received

Describe action taken to resolve complaint, including **dates**: Your complaints have
been addressed in previous grievances, Please
See DR-13-00329 for response and clarification
if needed. Marie TW 9/20/13

Dion Graham MA 9-20-13                              Dennis Stivers      9.20.13
Staff Signature & Date Returned                     Inmate Signature & Date Received

This form was received _____ (date) pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person/date forwarded to: _____ Date: _____

RETURNED TO INMATE
FOR THE FOLLOWING
REASON(S): NOT
PREVIOUSLY
PROCESSED/PREVIOUSLY
ANSWERED/REJECTED
OR A DUPLICATE

**DISTRIBUTION: YELLOW & PINK**-Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back
to Inmate After Completion of Step One and Step Two.

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _DRV_

Name _Dennis Stivers_

ADC# _91244_   Brks # _8_   Job Assignment _814_

FOR OFFICE USE ONLY

GRV. # _DR-13-00610_

Date Received. _9-23-13_

GRV. Code # _601_

601

_9.20.13_ (Date) STEP ONE: Informal Resolution

_9-20-13_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _This complaint is different from_
_Previous ones as it involves a specific instance of Deliberate Indifference._

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ _Yes_ If yes, circle one: (medical) or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): HSA Mr. Kirk and Dep. Director W. Kelley are being
deliberately indifferent to my med. needs and concerns and are violating AD 11-10 by allowing
the interests of both the Parole Board and the T.C. Program Staff to supercede and/or control
Medical Staff's decisions regarding my medical evaluations by refusing to honor Dr. Crowell's
"Medical Waiver" that he prescribed for me after I showed him a copy of my Program Referral
from Mr. Cameron stating that I needed a medical waiver inorder to be discharged medically
and by refusing to acknowledge that the totality of my very serious medical conditions
make it medically impossible for me to comply with the many high standards of the T.C. Pro-
gram for 9 months straight or more. while it's true that I have a script for "No sitting or standing
for more than 15 minutes" when I was in T.C. Program however, they were repeatedly making me
stand for 15 min., then sit for another 15 min. This hurt more than doing one of the two.
W. Depy Kelley believes that since both the Parole Board and T.C. Staff feel I need this Program
then it doesn't matter how bad my medical conditions are, the needs of the Parole Board outweigh
my medical Health. This is deliberate indifference hands down and it creates a Liberty interest as well.
"Medical Waivers" are only used ~~does~~ to supercede any requirement to Complete a stipulated Program.

_Dennis Stivers  91244_
Inmate Signature

_9.20.13_
Date

FAILURE TO FOLLOW
POLICY HAS RESULTED IN
A REJECTION FOR THIS
PROTOCOL AND MARKS THE END
OF THE GRIEVANCE PROCESS

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._
**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _9/20/13_ (date), and determined to be Step One and/or an Emergency Grievance
_____ (Yes or No) This form was forwarded to medical or mental health? (Yes) or No). If yes, name
of the person in that department receiving this form: _W Kirk N_   Date _9/20/13_
_W Kennedy_         _Ste S Kennedy_         _9/20/13_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature         Date Received
Describe action taken to resolve complaint, including dates: _your complaint have_
_been addressed in previous grievances. Please_
_see DR-13-00388 for response and clarification_
_if needed. W R 9/20/13_
_Dionn G Thomas 19-20-13_         _Dennis Stivers         9.20.13_
Staff Signature & Date Returned         Inmate Signature & Date Received

This form was received on _____ (date), pursuant to Step Two. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _W W W ___         Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____         Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**–Grievance Officer; **ORIGINAL**–Given back to Inmate After Completion of Step One and Step Two.

IGTT420
3GH

*H 8/19*

Attachment IV

INMATE NAME: <u>Stivers, Dennis J.</u>        ADC #: <u>091244G</u>        GRIEVANCE #: <u>DR-13-00508</u>

HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

<u>609 Without Merit</u>
<u>You claimed in your step one grievance that Ms. Hubbard was to make sure the medical department had you placed on a permanent "no duty" restriction. You also claim that I have over ridden the orders of the Dr's and Nurse Practitioner by not allowing this to happen.</u>

<u>The decision you made to sign out of the TC program was yours alone. As I have explained to you previously, I spoke with the Director of the program and he said they would have accomodate your restrictions had you not removed yourself from the program. He also said that you are encouraged to reapply for the program after the six month waiting period and again they would accomodate your restrictions. Your current restrictions are adequate. The Medical department does not have the authority to provide you with a waiver from a Parole Board sanctioned required program. That decision lies with ADC but you must allow the TC program administrators to attempt to accomodate restrictions before signing out of the program. I have never "over-ridden" a Dr's order concerning your case.</u>

_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

#Sa
_____
Title

9-9-13
_____
Date

RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION
SEP 17 2013
HEALTH & CORR. PROGRAMS

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?  On 2 occassions, Mr. Kirk has not adhered to Medical Doctor's, Orders & Recomendations. I have every single greivence I filed And proof is in my Medical Jacket. Mr Kirk is A Liar. Doe's not matter if its Parole Board Sanction. Medical And well being of my Medical Condition is more important. At no time did I say Anthing About Parole. Mr Kirk once Again is basing everything on his decision

*Dennis Stivers*
_____
Inmate Signature

091244
_____
ADC#

9.18.13
_____
Date

IGTT420                    Page 1 of 1