FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 03 2014

JAMES W. McCORMACK, CLERK
By: O Brown
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DENNIS STIVERS ADC# 91244                                  PLAINTIFF

VS.                              NO. 5:14-CV-00034 DPM/JTR

DR. SONYA PEPPERS-DAVIS, et al.                            DEFENDANTS

### MOTION TO DISMISS DEFENDANT

COMES Plaintiff Dennis Stivers, ADC# 91244, Pro Se, in the above civil matter and moves to voluntarily dismiss Defendant Ramona Huff with prejudice. Plaintiff has come to a decision after receiving certain discovery that Nurse Huff was only performing within the restraints of her employment and did nothing personally to constitute either medical malpractice or deliberate indifference to Plaintiff's medical needs.

WHEREFORE, Defendant Ramona Huff should be dismissed with prejudice.

This 29th day of May, 2014.

1

RESPECTFULLY SUBMITTED,

_____
DENNIS STIVERS, PRO SE
ADC # 91244
TUCKER UNIT
P.O. Box 240
TUCKER, AR 72168-0240

## CERTIFICATE OF SERVICE

This is to certify that I, the undersigned, have mailed, via the United States Postal Service, first class postage prepaid, a true and correct copy of the foregoing to counsel for Defendant Ramona Huss, Michelle Banks Odum, P.O. Box 20670, Whitehall, Arkansas, 71612, this 31st day of May, 2014.

_____
DENNIS STIVERS, PRO SE

A true and correct copy was also mailed in the same manner to counsel for all other registered parties in this case.

Hester L. Criswell
Asst. Atty. General
323 Center Street, Ste. 200
Little Rock, AR 72201

_____
DENNIS STIVERS, PRO SE