IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DENNIS STIVERS     PLAINTIFF

v.     No. 5:14-cv-34-DPM-JTR

SONJA PEPPERS-DAVIS; RAMONA
HUFF, Nurse's Charge, Tucker Unit, ADC;
WENDY KELLY, Medical Director, ADC;
ROGER CAMERON, Drug and Alcohol
Program Director, ADC; and RON CHISM     DEFENDANTS

## ORDER

Stivers's motion to dismiss, № 36, granted. His claims against Huff are dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

14 August 2014