# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DENNIS STIVERS                                                                     PLAINTIFF

V.                      5:14CV00034 DPM/JTR

DR. SONJA PEPPERS, Tucker Unit,
Arkansas Department of Correction, et al.               DEFENDANTS

## ORDER

Defendants have filed a Motion seeking a thirty day extension of the discovery and dispositive motion deadlines. The Court finds good cause for granting that request.

IT IS THEREFORE ORDERED THAT:

1. Defendants' Motion for an Extension of Time *(Doc. 53)* is GRANTED.

2. The parties must complete discovery **on or before November 24, 2014**, and file dispositive motions **on or before December 29, 2014.**

Dated this 17th day of September, 2014.

                                               UNITED STATES MAGISTRATE JUDGE