

FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 05 2014

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DENNIS STIVERS                                                                PLAINTIFF

v.                                No.  5:14-cv-34-DPM-JTR

SONJA PEPPERS-DAVIS; WENDY KELLY,
Medical Director, ADC; ROGER CAMERON, Drug
and Alcohol Program Director, ADC; RON CHISM;
ROBERT A. FLOSS, M.D.; CORRECT CARE
SOLUTIONS; and CORIZON, INC.                                        DEFENDANTS

ORDER

Joint motion to dismiss, № 57, granted. Stivers's claims against Correct

Care Solutions and Corizon are dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 December 2014