## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DENNIS STIVERS                                                                           PLAINTIFF

V.                                      5:14CV00034 DPM/JTR

DR. SONJA PEPPERS, Tucker Unit,
Arkansas Department of Correction, et al.                                       DEFENDANTS

## **ORDER**

Defendants Kelley, Cameron, and Chism ("ADC Defendants" ) have filed a

Motion for Summary Judgment, a Brief in Support, and a Statement of Undisputed

Facts. *Docs. 71, 72, & 73.* Plaintiff must respond to that Motion.

At the summary judgment stage, a plaintiff cannot rest upon mere allegations

and, instead, must meet proof with proof. *See* Fed. R. Civ. P. 56(e). This means that

Plaintiff's Response must include his legal arguments, as well as affidavits,[1] prison

records, or other evidence establishing that there is a genuine issue of material fact

that must be resolved at a hearing or trial.

Furthermore, pursuant to Local Rule 56.1, Plaintiff must *also separately* file a

Statement of Disputed Facts, which lists: (a) any disagreement he has with the

---

[1] The affidavit must be based upon the personal knowledge of the person executing the affidavit *and must be either*: (1) sworn and subscribed to by a notary public; or (2) executed under penalty of perjury, as provided for by 28 U.S.C. § 1746.

specifically numbered factual assertions in the ADC Defendants' Statement of Undisputed Facts *(Doc. 72 );* and (b) any other disputed facts that he believes must be resolved at a hearing or trial.[2]

Finally, Plaintiff is advised that if he intends to rely on documents that have been previously filed in the record, he must specifically refer to those documents by docket number, page, date, and heading. The Court will not sift through the file to find support for Plaintiff's factual contentions. *See Crossley v. Georgia-Pacific, Corp.*, 355 F.3d 1112, 1113-14 (8th Cir. 2004) (affirming the grant of summary judgment because a plaintiff failed to properly refer to specific pages of the record that supported his position).

### III.  Conclusion

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff must file, **on or before April 27, 2015**, a Response to the ADC Defendants' Motion for Summary Judgment and a separate Statement of Disputed Facts that comply with the Fed. R. Civ. P. 56, Local Rule 56.1, and the instructions set forth in this Order.

2.      Plaintiff is advised that the failure to timely and properly comply with

---

[2] If Plaintiff disputes any of the facts in the ADC Defendants' Statement of Undisputed Facts, he *must identify* each numbered paragraph that contains the facts he disputes *and,* for each paragraph, explain *why* he disputes those facts.

this Order will result in: (a) all of the facts in ADC Defendants' summary judgment papers being deemed admitted by Plaintiff, pursuant to Local Rule 56.1(c); or (b) the dismissal of this action, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 30<u>th</u> day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE