## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

DENNIS STIVERS                                                    PLAINTIFF

v.                           No. 5:14-cv-34-DPM

DR. SONJA PEPPERS-DAVIS; RAMONA HUFF,
Nurse's Charge, Tucker Unit, ADC;
WENDY KELLEY, Medical Director, ADC;
ROGER CAMERON, Drug & Alcohol
Program Director, ADC; RON CHISM, Substance
Abuse Program Coordinator;
DR. ROBERT A. FLOSS; CORRECT CARE
SOLUTIONS; and CORIZON, INC.                          DEFENDANTS

### JUDGMENT

**1.** Stivers's claims against Huff, Peppers-Davis, Cameron, Chism, Floss,

Correct Care Solutions, and Corizon, Inc., are dismissed with prejudice.

**2.** Stivers's claim against Kelley is dismissed without prejudice.

D.P. Marshall Jr.
United State District Judge

29 May 2015